# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| PATRICK J. DOHENY, JR., AN ADULT INDIVIDUAL, | : No. 49 WAP 2017 |
| Appellant | : Appeal from the Order of the Commonwealth Court entered September 19, 2017 at No. 253 MD 2017 |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, A GOVERNMENTAL AGENCY; JANET L. DOLAN, AN ADULT INDIVIDUAL; KARA N. TEMPLETON, AN ADULT INDIVIDUAL;  WILLIAM A.KUHAR, JR., AN ADULT INDIVIDUAL; TERRANCE M. EDWARDS, AN ADULT INDIVIDUAL; DONALD J. SMITH,  AN ADULT INDIVIDUAL; WILLIAM J. CRESSLER, AN ADULT INDIVIDUAL; AND PHILIP MURRAY BRICKNELL, AN ADULT INDIVIDUAL, | : |
| Appellees | : |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW,** this 19th day of June, 2018, the Application to Schedule Oral Argument in Pittsburgh is **DENIED**, and the order of the Commonwealth Court is **AFFIRMED**.

Justice Wecht did not participate in the consideration or decision of this case.